# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| WB5 | F5293899 | J. Gerhart | 6881 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 07/12/2025 1330
Offense Charged: ☑ CFR ☐ USC ☐ State Code: 36 CFR 261.58(a)

Place of Offense: FSR 298

Offense Description: Factual Basis for Charge — HAZMAT ☐
Camping for a period longer than allowed by the order.

### DEFENDANT INFORMATION

Last Name: Peabody
First Name: Kelly
MI: C

[Street Address redacted]

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 3H 308 | WY | 03 | PLY SPO CTRL | | WHI |

A ☐ APPEARANCE IS REQUIRED — If Box A is checked, you must appear in court. See instructions.

B ☑ APPEARANCE IS OPTIONAL — If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 300.00 Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT → www.cvb.uscourts.gov
$ 330.00 Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 224 S. Main St. Sheridan, WY 82801
Date: 08/22/2025
Time: 0900

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature _____

Original - CVB Copy

*F5293899*   FS-5300-4 (1/2020)

CVB SCAN 07/25/2025 13:6

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on July 12th, 20 25 while exercising my duties as a law enforcement officer in the Bighorn District of Wyoming

[narrative lines — appears struck through / "Attached"]

The foregoing statement is based upon:

☒ my personal observation ☐ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/17/2025   [Officer's Signature]
Date (mm/dd/yyyy)         Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident