Mackenzie R. Morrison
Wyoming State Bar No. 8-6516
Assistant United States Attorney
District of Wyoming
P.O. Box 22211
Casper, WY 82601
(307) 261-5434
Mackenzie.morrison@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>**KELLY C. PEABODY,**<br><br>　　　　　　　Defendant. | **Criminal No. 25-PO-00454-SPK**<br><br>**Violation Notice No.: WB5 F5293899** |

### MOTION TO AMEND COLLATERAL FORFEITURE

　　　The United States Attorney for the District of Wyoming moves the Court to amend the amount of collateral forfeiture due in the above-entitled case to $70.00, as the Government has reached a Plea Agreement with the Defendant for him to pay a $70.00 fine and the $30.00 processing fee, for a total of $100.00.

　　　The parties agree that the forfeiture amount shall be $70.00 plus a $30.00 processing fee for a total of $100.00 and that amount, once paid, shall serve as payment in full.

　　　Pursuant to the parties' agreement, the United States hereby requests that the forfeiture amount in Violation Notice **WB5 F5293899** shall be set at $100.00 plus a $30.00 processing fee for a total of $100.00, and that amount, once paid, shall serve as payment in full and end the case. If the Defendant has not already paid, he shall pay the Central Violations Bureau $100.00 **by**

**August 22, 2025**. The Defendant may pay online at www.cvb.uscourts.gov or via US Mail to PO Box 780549, San Antonio Texas, 78278-0549. Please reference Violation **WB5 F5293899.**

DATED this 12th day of August 2025.

                                                    DARIN D. SMITH
                                                    United States Attorney

By:   */s/ Mackenzie R. Morrison*
        MACKENZIE R. MORRISON
        Assistant United States Attorney

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 12, 2025, the foregoing was electronically filed and served upon the Defendant by depositing the same, postage prepaid, in the United States Mail addressed to:

Kelly C. Peabody
31 Dee Drive
Sheridan, WY 82801

                                                */s/ Amanda R. Hudson*
                                                For the United States Attorney's Office