**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>                Plaintiff,<br><br>       v.<br><br>**KELLY C. PEABODY,**<br><br>                Defendant. | **Criminal No. 25-PO-00454-SPK**<br><br>**Violation Notice No.: WB5 F5293899** |

**ORDER GRANTING MOTION TO AMEND COLLATERAL FORFEITURE**

After due consideration of the United States' Motion to Amend Collateral Forfeiture, the Court hereby grants the motion and amends the amount of collateral forfeiture due to $70.00 plus the $30.00 processing fee, for a total of $100.00.

Defendant shall pay the Central Violations Bureau $100.00 by August 22, 2025. The Defendant may pay online at www.cvb.uscourts.gov or via US Mail to PO Box 780549, San Antonio Texas, 78278-0549. Please reference Violation **WB5 F5293899.**

DATED this _____ day of _____ 20__.

_____
UNITED STATES MAGISTRATE JUDGE